**Dismiss and Opinion Filed February 2, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-14-01443-CV**

**ALAN BARON, Appellant**
**V.**
**H. JOSEPH ACOSTA, AND ACOSTA & ASSOCIATES, P.C., Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08404**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's January 22, 2015, motion to dismiss appeal. In the motion, appellant states the claim subject of this appeal has been superseded by amended pleadings below and he would like the appeal dismissed. We grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a).

141443F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ALAN BARON, Appellant

No. 05-14-01443-CV      V.

H. JOSEPH ACOSTA, AND ACOSTA & ASSOCIATES, P.C., Appellees

On Appeal from the 298th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-14-08404.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

Based on appellant's January 22, 2015, motion to dismiss the appeal and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees H. JOSEPH ACOSTA, AND ACOSTA & ASSOCIATES, P.C. recover their costs of this appeal from appellant ALAN BARON.

Judgment entered February 2, 2015.